UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 APR 22 AM 11 25    CC
CAROL L. MICHEL, CLERK

UNITED STATES,

    Plaintiff,

v.

PLAQUEMINES PARISH SCHOOL BOARD, et al.,

    Defendants.

Case No. 66-cv-71

Judge Herbert W. Christenberry

## JOINT STIPULATION OF DISMISSAL

In 1966, the United States brought this action to challenge the Plaquemines Parish School Board's dual system of segregated schools. The Plaintiff named as defendants the Board, the then-Board President, those individuals serving as board members at the time, and the then-Superintendent. *See* Original Docket Sheet 1, Ex. A. No third-party ever intervened or otherwise joined this case. *See generally id.*

The United States sought (and won) "injunctive relief enjoining the defendants from discriminating on the basis of race or color in the Plaquemines Parish School System." Order, Jan. 28, 1975, Ex. B.

From 1971 to 1975, there was "no action in the case" "[e]xcept for reports required by the court's order to be filed in the record by the School Board." *Id.*

In 1975, the Court issued its very last order (1975 Order). *See* Ex. A at 14, Ex. B. That Order found that "[t]he defendant School Board [was] operat[ing] one system of schools." Ex. B. The Court was "of the opinion that the relief provided in the court's orders had resulted in the elimination of the effects of past discrimination." *Id.*

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

1

"Therefore," the Court "ORDERED that this case be administratively closed, except that the defendant school board continue to file the reports required by the court's order." *Id.* (footnote added). The Court "retain[ed] jurisdiction of the case for one year from the date of [that] order," or until January 28, 1976. *Id.*

Since then, the presiding Judge (Judge Christenberry) has passed away, and the record of this case appears to be lost to time. The Clerk's Offices for both the Eastern District and the Fifth Circuit state that none of those locations has the record. And according to the Eastern District Clerk's Office, they found a box in a back storage room with reels of microfilm containing certain orders (like the 1975 Order) from this case, but not any party filings. The Department of Justice's sparse records of the case show no action before the court for nearly 50 years.

Given that this case has been stayed[1] for a half-century with zero action by the Court, the parties, or any third-party, the parties are satisfied that Plaintiff's claims have been fully resolved on the merits, its injuries have been fully remedied, and no other unresolved issues remain. It appears, however, that this case remains on the Court's docket as an administrative matter.

Accordingly, the parties hereby stipulate to the dismissal of this action *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is effective upon the filing of this stipulation. "Under Rule 41(a)(1)(A), a stipulation of dismissal operates to dismiss the action 'without a court order'" and "automatically"

---

[1] "The effect of an administrative closure is no different from a simple stay . . . ." *Gross v. Keen Grp. Sols., L.L.C.*, 18 F.4th 836, 840 (5th Cir. 2021) (quoting *Psara Energy, Ltd. v. Advantage Arrow Shipping, L.L.C.*, 946 F.3d 803, 808 (5th Cir. 2020)).

2

"'strips the district court of subject-matter jurisdiction' over the dismissed action." *Def. Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (first quoting Fed. R. Civ. P. 41(a)(1)(A), then quoting *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

| | |
|---|---|
| Dated April 21, 2025 | Respectfully submitted, |
| HARMEET K. DHILLON<br>Assistant Attorney General<br>United States<br><br>/s/ Gregory Brown<br>GREGORY BROWN<br>Deputy Assistant Attorney General<br>ANDREW DARLINGTON (FL 1018895)<br>Senior Counsel<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC  20530<br>(202) 532-4475<br>Andrew.Darlington@USDoJ.gov<br><br>*Counsel for Plaintiff* | ELIZABETH B. MURRILL<br>Attorney General<br>Louisiana<br><br>/s/ Morgan Brungard<br>MORGAN BRUNGARD (LA40298)<br>Deputy Solicitor General<br>1885 North Third Street<br>Baton Rouge, LA  70802<br>(225) 999-6864<br>BrungardM@ag.louisiana.gov<br><br>*Counsel for Defendants* |